UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

FRANK A. BARES

Case No. 04-48332-tjt

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, __William D Deutchman__, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ __578.98__ , said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor __Sherwin-Williams__. The applicant further states that:

1. (Indicate one of the following)

   _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

   __X__ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

   _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Page 2 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this __20th__ day of __November__, 20__13__.

__Sherwin-Williams__
Name of creditor

*William D Deutchman* (signature)
Signature of Applicant

William D Deutchman, Attorney-in-Fact per POA
Name and Title of Applicant

_____
Company Name

28650 Fairmount Blvd.
Street Address

Cleveland, Ohio 44124-4538
City and State

216-621-1120
Telephone number

see Form AO-213 for Sherwin-Williams TIN
Tax Identification

XXX-XX- 3996 William D Deutchman
Social Security Number

15
Claim Number

Street Address:
111 First Street
Bay City, Michigan 48708
(989) 894-8840

Street Address:
US Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

Street Address:
226 West Second Street
Flint, Michigan 48502
(810) 235-4126

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: FRANK A. BARES

Case No. 04-48332-tjt

Chapter 7

## AFFIDAVIT OF CLAIMANT

I, William D Deutchman, Attorney-in-Fact for Sherwin-Williams per POA, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: William D Deutchman
28650 Fairmount Blvd.
Cleveland, Ohio 44124-4538

Phone number: 216-621-1120

Social security number XXX-XX-3996 - William D Deutchman

If claimant is a corporation, the federal tax ID number see Form AO-213 for Sherwin-Williams

    1.    Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Page 2 of 2

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: 11-20-13

William Deutchman
Signature of Claimant

Sworn to and Subscribed before me this 20th day of November, 20 13

Jennifer O Roland
NOTARY PUBLIC AT LARGE
STATE OF Ohio
County of Cuyahoga

[Notary Seal: JENNIFER D. ROLAND, NOTARY PUBLIC, STATE OF OHIO, EXP. NOVEMBER 12, 2017]

# SPECIAL POWER of ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, Cornelius P. Browne, Jr., Senior Director of Loss Prevention for Sherwin Williams Company, headquartered in Cleveland, Ohio , do hereby make, constitute and appoint William D. Deutchman of 28650 Fairmount Blvd. , Cleveland, Ohio 44124 my true and lawful attorney for me and in my name, place and stead, and in my behalf, and for my use and benefit to exercise or perform any act, power, duty, right or obligation whatsoever that I now have, or may hereafter acquire the legal right, power, or capacity to exercise or perform, but only to the extent set forth below in this Special Power of Attorney:

The sole purpose of this special power of attorney is to authorize Deutchman to represent the signor of this document to pursue the release of funds that Deutchman has identified as being unclaimed, including amounts recently discovered ranging up to approximately $7,000 which are in the possession of the federal government.

I grant to said attorney full power and authority to do, take, and perform, all and every act and thing whatsoever requisite, proper, or necessary to be done, in the exercise of any of the rights and powers herein granted, as fully for all intents and purposes as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that said attorney, or his substitute or substitutes, shall lawfully do or cause to be done by virtue of this power of attorney and the rights and powers herein granted.

No person shall be required to inquire as to the circumstances of the issuance or use of this instrument or as to the disposition of any proceeds paid to my attorney based on this instrument.

This power of attorney expires 6 months from the date of signing.

If this Special Power of Attorney is terminated by operation of law, any person acting in reliance upon it without notice of such termination shall be held harmless.

Cornelius P. Browne, Jr.; X _____

IN WITNESS WHEREOF, Cornelius P. Browne, Jr. has executed this Special Power of Attorney on (date) _08.19.2013_ at _Cleveland, Ohio_ .

State of Ohio )
            ) ss
County of Cuyahoga )

On this (date) _08.19.2013_, before me personally appeared Cornelius P. Browne, Jr., to me known to be the person described in and who executed the foregoing instrument and acknowledged to me that he executed the same as his free act and deed.

_____ Notary Public            Seal X



**Neil Browne, CFE**
Sr. Director - Global Loss Prevention

The Sherwin-Williams Company
101 Prospect Avenue, 1225 Midland Building, Cleveland, OH 44115
neil.browne@sherwin.com

Ph: (216) 515-4294    Cell: (216) 849-3668    Fax: (216) 830-8390



## AFFIDAVIT OF AUTHENTICITY

I, William Deutchman, do hereby attest that the documentation I am providing below for the purpose of securing the release of funds from the U.S. Bankruptcy Court is a true copy of original document in my possession.

*William Deutchman*
William Deutchman, Petitioner



In re: FRANK A. BARES

Case No. 04-48332-tjt

Chapter 7

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Sherwin-Williams, in care of William D Deutchman, the sum of Five Hundred Seventy Eight and 98 cents dollars ($578.98), of unclaimed funds held in the U.S. Treasury.

    mail to: William D Deutchman
           28650 Fairmount Blvd.
           Cleveland, Ohio 44124-4538

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk